396 A.2d 19

Commonwealth v. Carr, Appellant, et al.

Argued March 23, 1978. Terry W. Clemons, Assistant Public Defender, for appellant; Kenneth G. Biehn, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

514

The above case was decided prior to the retirement of HOFFMAN, J.